# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-5091

_____

IRWIN HICKS, JR.,

Appellant,

v.

MARK S. INCH, Secretary,
DEPARTMENT OF CORRECTIONS,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Terry P. Lewis, Judge.

February 15, 2019

PER CURIAM.

AFFIRMED.

ROWE, RAY, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Irwin Hicks, Jr., pro se, Appellant.

Ashley B. Moody, Attorney General, and Leslie A. Healer, Assistant Attorney General, Tallahassee, for Appellee.